```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

DAVID J. LINDSAY,

                Plaintiff,

vs.                           Case No. 2:04-cv-460-FtM-29DNF

SHERIFF DON HUNTER, CAPTAIN CHRIS FREEMAN, COMMANDER JOE BASTYS, SERGEANT BARBARA ANN HANSEN and DAWN CULLEN #2458,

                Defendants.
_____

## ORDER

    This matter comes before the Court upon Plaintiff's Motion for Reconsideration (Doc. #81) filed December 5, 2005.  Plaintiff asks the Court to reconsider its Order dated August 9, 2005 (Doc. #58) denying Plaintiff mandamus or emergency injunctive relief with respect to Plaintiff's various medical conditions. The Court construes Plaintiff's Motion as being brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Defendants have not filed any response to Plaintiff's Motion and the time for doing so has since expired.

    The purpose of Rule 60(b), Fed. R. Civ. P., is to define the circumstances under which a party may obtain relief from a final judgment. "It should be construed in order to do substantial justice, but this does not mean that final judgments should be lightly reopened." Griffin v. Swim-Tech Corp., 722 F.2d 677, 680 (11th Cir. 1984) (citations omitted) (stating "[t]he desirability

for order and predictability in the judicial process speaks for caution in the reopening of judgments."). Rule 60(b) permits courts to reopen judgments for reasons of mistake, inadvertence, surprise, or excusable neglect. "Motions under this rule are directed to the sound discretion of the district court." Id.; United States v. Certain Real Prop. Located at Route 1, Bryant, Ala., 126 F.3d 1314, 1318 (11th Cir. 1997). Plaintiff re-alleges the same arguments previously rejected by the Court. Consequently, the Court finds that Plaintiff has failed to demonstrate any circumstances that warrant granting him relief pursuant to Rule 60(b) from the Court's August 9, 2005 Order.

ACCORDINGLY, it is hereby

**ORDERED**:

Plaintiff's Motion for Reconsideration (Doc. #81) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida, on this __4th__ day of May, 2006.

JOHN E. STEELE
United States District Judge

SA: hmk
Copies: All Parties of Record